UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN HOWARD | ) | CASE NO.  1:10-cv-2488 |
| | ) | |
| on behalf of himself | ) | JUDGE GWIN |
| and all others similarly situated, | ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| Plaintiff, | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| vs. | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| WELTMAN, WEINBERG & REIS CO., | ) | |
| L.P.A. | ) | |
| | ) | |
| Defendant. | ) | |

Now come Plaintiff Bryan Howard and Opt-In Party Plaintiffs Richard Aquilano and

Dionta Hill, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), hereby

dismiss the instant case without prejudice.

Respectfully submitted,


 /s/ Anthony J. Lazzaro
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Plaintiffs' Notice of Dismissal Without Prejudice* was mailed first class, postage prepaid, this 16th day of November, 2010, to: Mark D. Katz, Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, Ohio 44113.

/s/ Anthony J. Lazzaro
Attorney for Plaintiffs